# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **The Board of Regents of the University of Texas System,** <br> *Plaintiff* | § <br> § <br> § <br> § | |
| **v.** | § <br> § | **Case No. 1:26-cv-00366-ADA-SH** |
| **Mascot Realty, LLC and Michael J Gonzales,** <br> *Defendants* | § <br> § <br> § | |

## ORDER

On April 20, 2026, the Court ordered Plaintiff to move for entry of default against Defendants or file a status report by May 4, 2026. Dkt. 8. The parties filed a Joint Advisory to the Court requesting that the Court extend Defendants' deadline to answer or otherwise respond to the suit until May 18, 2026 because they "have been actively engaged in settlement discussions in hopes of resolving this dispute in its entirety." Dkt. 9.

The Court **GRANTS** the parties requested extension (Dkt. 9) and **ORDERS** that Defendants to answer or otherwise respond to the Complaint on or before **May 18, 2026**.

**SIGNED** on May 5, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1