# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **The Board of Regents of the University of Texas System,** *Plaintiff* | § § § | |
| **v.** | § § | **Case No. 1:26-cv-00366-ADA-SH** |
| **Mascot Realty, LLC and Michael J. Gonzales,** *Defendants* | § § § | |

## ORDER

On May 22, 2026, the Court granted the Motion to Withdraw as Counsel for Defendants Mascot Realty, LLC and Michael Gonzales.[1] Dkt. 14. Because limited liability companies cannot appear in federal court unless represented by counsel, the Court ordered Mascot Realty to retain new counsel by June 25, 2026. Mascot Realty was warned that if no attorney appeared on its behalf, this Magistrate Judge would "recommend that default judgment be entered against it." Dkt. 14 at 4.

No attorney has appeared on behalf of Mascot Realty. The Court **ORDERS** that Mascot Realty (1) show cause in writing why the Court should not enter default judgment against it for failure to comply with the Court's Order and (2) retain new counsel on or before **July 13, 2026**. Failure to do so will result in the Court's recommendation that default judgment be entered against it.

**SIGNED** on June 30, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges. Dkt. 4.