**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM, *Plaintiff*, | § | |
| v. | § | Case No. 1:26-cv-00366-ADA-SH |
| MASCOT REALTY, LLC and MICHAEL J. GONZALES, *Defendants.* | § | |

**NOTICE OF SETTLEMENT IN PRINCIPLE**

Pursuant to this Court's May 19, 2026 Docket Control Order, *see* Dkt. No. 12 at 3, the parties hereby notify the Court that they have reached a settlement in principle and are currently negotiating a written settlement agreement. The parties jointly request that the Court stay the deadlines in this case while they negotiate the written agreement. The parties further agree to update the Court on the status of the written settlement agreement no later than August 28, 2026.

Respectfully submitted,

/s/ Jered E. Matthysse

Jered E. Matthysse
Texas Bar No. 24072226
Alexandra H. Bistline
Texas Bar No. 24092137
**PIRKEY BARBER PLLC**
1801 East Sixth Street, Suite 300
Austin, Texas 78702
(512) 322-5200
(512) 322-5201 (fax)
jmatthysse@pirkeybarber.com
abistline@pirkeybarber.com

*Attorneys for Plaintiff*

Michael J. Gonzales
Mascot Realty, LLC
11605 Shimmering Sea Drive,
Austin, Texas 78747
mike@mascotrealtyllc.com

*Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that I served Defendants via email and overnight mail at the following address:

Michael Gonzales
Mascot Realty, LLC
mike@mascotrealtyllc.com
11605 Shimmering Sea Drive
Austin, Texas 78747

*/s/ Jered Matthysse*