**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM, | § | |
| *Plaintiff,* | § | |
| v. | § | Case No. 1:26-cv-00366-ADA-SH |
| MASCOT REALTY, LLC and MICHAEL J. GONZALES, | § | |
| *Defendants.* | § | |

**SUPPLEMENTAL NOTICE REGARDING SETTLEMENT IN PRINCIPLE**

Pursuant to the parties' Notice of Settlement in Principle, *see* Dkt. No. 19, the parties hereby notify the Court that they are continuing to negotiate a written settlement agreement and jointly request that the Court stay the deadlines in this case for an additional 60 days while they finalize the agreement.

Respectfully submitted,

*/s/ Jered E. Matthysse*

Jered E. Matthysse
Texas Bar No. 24072226
Alexandra H. Bistline
Texas Bar No. 24092137
**PIRKEY BARBER PLLC**
1801 East Sixth Street, Suite 300
Austin, Texas 78702
(512) 322-5200
(512) 322-5201 (fax)
jmatthysse@pirkeybarber.com
abistline@pirkeybarber.com

*Attorneys for Plaintiff*

*/s/ Michael J. Gonzales (with permission)*

Michael J. Gonzales
Mascot Realty, LLC
11605 Shimmering Sea Drive,
Austin, Texas 78747
mike@mascotrealtyllc.com

*Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that I served Defendants via email at the following address:

Michael Gonzales
Mascot Realty, LLC
mike@mascotrealtyllc.com
11605 Shimmering Sea Drive
Austin, Texas 78747

*/s/ Jered Matthysse*