**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

The Board of Regents of the
University of Texas System,

Plaintiff,

v.

Civil No. 1:26-cv-00366-ADA-SH

Mascot Realty, LLC and
Michael J. Gonzales,

Defendant.

**CLERK'S ENTRY OF DEFAULT**

IT APPEARING from the records of the above-entitled action that the service of the Complaint has been made upon the defendant, Mascot Realty, LLC, and it further appearing from Order, dkt. 27, that said defendant has failed to plead, respond, or otherwise defend in said action as directed.

NOW, THEREFORE, at Magistrate Judge Susan Hightower's request and pursuant to Federal Rule of Civil Procedure 55(a), **DEFAULT** is hereby **ENTERED** against Mascot Realty, LLC..

**SIGNED** this 26th day of October, 2026.

PHILIP J. DEVLIN,
CLERK OF THE COURT

BY: Deanna Massie
DEANNA MASSIE
DEPUTY CLERK