**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM<br>Plaintiff, | §<br>§<br>§<br>§ | |
| v. | § | **CIVIL ACTION NO: 1:26-cv-00366** |
| | §<br>§ | |
| MASCOT REALTY, LLC and MICHAEL J. GONZALES,<br>Defendants, | §<br>§<br>§ | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of defendants, MASCOT REALTY, LLC and MICHAEL J. GONZALES.

*/s/ James Minerve*
James Minerve
State Bar No. 24008692
The Minerve Law Firm
13276 N HWY 183, ste. 209
Austin, Texas 78750
(888) 819-1440 (Office)
(210) 336-5867 (Mobile)
(888) 230-6397 (Fax)
jgm@minervelaw.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing has been this date served electronically or mailed to the attorneys of record and all others entitled to receive this Notice of Appearance on this 5th day of November, 2026.

By: /s/ James Minerve
**James Minerve**

Jered E. Matthysse
Texas Bar No. 24072226
Alexandra H. Bistline
Texas Bar No. 24092137
PIRKEY BARBER PLLC
1801 East Sixth Street, Suite 300
Austin, Texas 78702
(512) 322-5200 (ext. 239)
jmatthysse@pirkeybarber.com
abistline@pirkeybarber.com
Attorneys for the Plaintiff